STATE OF NORTH CAROLINA v. TERRY LANCE DOBSON

No. 7319SC568

(Filed 12 September 1973)

APPEAL by defendant from judgment entered by *Johnston, Judge,* at 30 April 1972 Session of ROWAN County Superior Court.

The defendant was charged in three separate bills of indictment with (1) felonious larceny of an automobile, (2) with common law robbery, and (3) with felonious assault.

The defendant entered a plea of guilty to each of the charges. The trial judge questioned the defendant on oath pertaining to his plea of guilty to the three felonies, and, thereafter, upon substantiating evidence, adjudicated that the defendant entered the pleas freely, understandingly and voluntarily without any undue influence, compulsion or duress and without promise of any leniency. The defendant was represented by counsel.

From judgment of imprisonment entered upon the pleas, the defendant appealed.

*Attorney General Robert Morgan by Associate Attorney Ralf F. Haskell for the State.*

*Carlton, Rhodes and Thurston by Gary C. Rhodes for the defendant appellant.*

CAMPBELL, Judge.

We have carefully reviewed the record in this case and find no prejudicial error.

No error.

Judges VAUGHN and BALEY concur.